# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Jane Doe

                    **Plaintiff,**

V.

Christopher J. Larose

                    **Defendant.**

Case No. 25CV2201-BEN-DDL

**REPORT OF CLERK AND ORDER OF TRANSFER PURSUANT TO "LOW-NUMBER" RULE**

## REPORT OF CLERK PURSUANT TO LOW NUMBER RULE

Re:    "Low-Numbered Case No.":   25CV0805-BJC-JLB

      Title:   Doe v. Bondi et al

      Nature of Case:   28:1361 Petition for Writ of Mandamus

The above "low-numbered" case and the present case appear:

| | | |
|---|---|---|
| ☒ | (1) | to arise from the same or substantially identical transactions, happenings or events; or |
| ☒ | (2) | involve the same or substantially the same parties or property; or |
| ☐ | (3) | involve the same patent or trademark or different patents or trademarks covering the same or substantially identical things; or |
| ☒ | (4) | call for determination of the same or substantially identical questions of law; or |
| ☐ | (5) | where a case is refiled within one year of having previously been terminated by the Court; or |
| ☒ | (6) | for other reasons would entail unnecessary duplication of labor if heard by different judges. |

**New Case #:**   25CV2201-BJC-JLB

This case was transferred pursuant to the Low-Number Rule. The related cases have been assigned to the same judge and magistrate judge but they are NOT CONSOLIDATED at this point; all pleadings must still be filed separately in each case.

                                              **John Morrill**, Clerk of Court,

Dated:   8/28/25                        By:  s/ J. Petersen

                                                         J. Petersen, Deputy

## ORDER OF TRANSFER PURSUANT TO "LOW-NUMBER" RULE

I hereby consent to transfer of the above-entitled case to my calendar pursuant to Local Rule 40.1, Transfer of Civil Cases under "Low-Number" Rule.

Dated:   8/28/25

                                                     Benjamin J. Cheeks
                                                     United States District Judge

It appearing that the above-entitled case is properly transferable in accordance with the provisions of the Low-Number Rule, IT IS HEREBY ORDERED that this case is transferred to the calendar of Judge Benjamin J. Cheeks and Magistrate Judge Jill L. Burkardt for all further proceedings.

Dated:   8/28/25

                                                     Roger T. Benitez
                                                     United States District Judge