# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>　　　　　　　　Petitioner,<br><br>　v.<br><br>CHRISTOPHER J. LAROSE, et al.,<br><br>　　　　　　　　Respondents. | Case No. 25-cv-02201-BJC-JLB<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE BRIEFING SCHEDULE**<br><br>[ECF No. 10] |

Having reviewed the parties' joint motion requesting that the Court continue the briefing schedule on Petitioner's habeas petition, and good cause appearing, the Court GRANTS the parties' joint motion. The deadline for Respondents to file a return to the petition shall be continued to October 24, 2025, and the deadline for Petitioner to file a traverse in support of the petition shall be continued to November 12, 2025.

**IT IS SO ORDERED.**

Dated: October 15, 2025

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Hon. Benjamin J. Cheeks
　　　　　　　　　　　　　　　　　　United States District Judge